

Alex Granovsky
ag@g-s-law.com

**VIA CM/ECF**

Hon. Joanna Seybert, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

February 26, 2018

  **Re:**   **Barbato and Rodriguez v. Knightsbridge Properties**
      Docket No.: 14-cv-7043

Dear Judge Seybert:

We represent Plaintiffs in the above-referenced matter. Attached is a stipulation of dismissal signed by counsel for plaintiffs and defendant. Pursuant to the terms of the settlement agreement reached by the parties, payment by Defendant is due on or before March 8, 2018. Accordingly, the parties respectfully request that Your Honor issue an order dismissing this matter within 30 days to ensure that the parties have sufficient time to fully consummate the settlement.

Respectfully submitted,

Alex Granovsky

Encl.

cc (via CMECF, w/ encl):  John Geida (counsel for Defendant)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LOUIS BARBATO and FRANCISCO RODRIGUEZ,
on behalf of themselves and all other persons
similarly situated,

      Plaintiffs

v.

KNIGHTSBRIDGE PROPERTIES,

      Defendant.

Civil Action No.: CV-14-7043

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Louis Barbato and Francisco Rodriguez ("Plaintiffs"), and Defendant Knightsbridge Properties, Corp. ("Defendant"), that pursuant to the Agreement and General Release reached between the parties, and contingent upon the Court's approval of this Stipulation and Order of Dismissal, all of Plaintiffs' claims in the Complaint in the above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement. Each party shall bear his/her/its own costs and attorneys' fees.

Dated: February 26, 2018

**GRANOVSKY & SUNDARESH PLLC**

By: _____
Alex Granovsky, Esq.
48 Wall Street, 11th Floor
New York, New York 100105
Attorneys for Plaintiffs
ag@g-s-law.com

**KNIGHTSBRIDGE PROPERTIES CORP.**

By: _____
John F. Geida, Esq.
68 Thomas Street
New York, NY 10013
Attorney for Defendant
johngeida@aol.com

SO ORDERED:

_____
Hon. Joanna Seybert, U.S.D.J.
United States District Judge
Dated: _____, 2018

1